IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Dwight Xavier Jones, | ) | C/A No. 5:11-1533-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Sgt Clawson, Lexington County | ) | |
| Detention Center; C-O Johnathan | ) | |
| Jeffcoat, Lexington County Detention | ) | |
| Center; C-O Randle, Lexington County | ) | |
| Detention Center; Jason Merrill, Cayce | ) | |
| Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This matter is before the court on Plaintiff's motion to compel. ECF No. 35. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under 42 U.S.C. § 1983.

In this motion, Plaintiff asks the court to compel Defendants to "answer interrogations," which the court construes as a motion seeking an order compelling Defendants to respond to interrogatories Plaintiff served on them as discovery. ECF No. 35 at 1. Local Rule Local Rule 37.01, D.S.C., requires a party moving to compel discovery responses provide the court with a copy of the discovery requests at issue. Plaintiff has not done so. Without a copy of the discovery requests, the undersigned cannot determine if the discovery requests were appropriate. Further, Plaintiff has provided no detailed information regarding any discovery he served.

Accordingly, Plaintiff's motion to compel (ECF No. 35) is DENIED.

IT IS SO ORDERED.

March 12, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge